AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

Ronny Guanipa-Chrinos
DOB: [redacted]

*Defendant(s)*

Case: 1:26-mj-00204
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 11/8/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2026 in the county of ______ in the ______ in the District of Columbia, the defendant(s) violated:

*Code Section* *Offense Description*

Unlawful Possession of a Firearm and Ammunition by an Illegal Alien (18 U.S.C. § 922(g)(5));
Possession of a Stolen Motor Vehicle (18 U.S.C. § 2313);
Threats Against the President of the United States (18 U.S.C. § 871); and
Threats to Injure a Person (D.C. Code § 22-1810)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

LMANGULO Digitally signed by LMANGULO Date: 2026.11.07 16:27:57 -05'00'

*Complainant's signature*

Luis Mena Angulo,Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/8/2026

*Judge's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge

*Printed name and title*