# STATEMENT OF FACTS

On November 5, 2026, at approximately 11:42 p.m., a United States Secret Service ("USSS") officer on White House patrol observed a blue Ford F-150 ([redacted] License Plate # [redacted]) parked with its engine off on Constitution Avenue NW, Washington, D.C., just west of 16th Street NW, below The Ellipse. For context, The Ellipse is a large oval-shaped public park immediately south of the White House in Washington D.C. It sits directly outside the White House's South Grounds, and the vehicle was situated only a few hundred feet from the White House's southern perimeter fence.

The officer parked his USSS police cruiser behind the Ford F-150 and approached from the passenger side. Looking inside, he observed a man sleeping behind the steering vehicle with no other occupants present. The man was later identified as Ronny Guanipa-Chrinos ("GUANIPA-CHRINOS").

Concerned about the occupant's welfare, the USSS officer knocked on the front passenger-side window. GUANIPA-CHRINOS woke up and waved his hand towards the officer, gesturing for him to open the front passenger door. The USSS officer then opened the front passenger door, confirmed that GUANIPA-CHRINOS was okay, and asked whether there were any weapons in the vehicle.

Speaking in broken English, GUANIPA-CHRINOS confirmed that there were weapons inside the Ford-150, and he was eventually asked to step out of the vehicle. During the interaction, GUANIPA-CHRINOS used Google translate and told the USSS, among other things, that he: (i) had weapons in the vehicle that he wished to turn into the government; (ii) would turn "it" over without putting up any resistance; and (iii) he had the gun because "they tried to kill [him] with it." A subsequent law-enforcement database check of the Ford F-150's license plate revealed

"Stolen Vehicle" and "Stolen License Plate" as of November 1, 2026. USSS officers then detained GUANIPA-CHRINOS.

GUANIPA-CHRINOS then agreed to speak with law enforcement after waiving his *Miranda* rights, and a certified translator was brought on scene.[1] GUANIPA-CHRINOS told USSS officers, among other things, that: (i) the truck belonged to his boss, "H[redacted]"; (ii) H[redacted] had an affiliation to the cartel; (iii) H[redacted] lent the vehicle to him for work on October 31, 2026, and GUANIPA-CHRINOS was supposed to return it in a week; (iv) since October 31, 2026, he had been living in the car throughout the area; (v) he had three firearms in the truck, including a Glock 43, AR-15, and a MAC-10; (vi) he bought the AR-15 and MAC-10 a few months ago, and he took the Glock 43 from the person that was trying to kill him; (vii) he did not possess a D.C. concealed carry permit; (viii) he was born with powers that allow him to hear voices and that he can see energy; (ix) voices told him he would receive 15 million dollars if he killed the President of the United States ("POTUS"); (x) he already gave POTUS 3 million dollars, and he had no interest in acting on the voices or harming the POTUS; (xi) he is from Venezuela (xii) he crossed the border on March 17, 2025, by foot; (xiii) he then went to Greenwood, South Carolina, and travelled to Washington, D.C., arriving this past Saturday; and (xiv) he was "Ronny Y. Guanipa."

USSS then conducted a probable cause search of the Ford F-150. This revealed, among other things: (i) one Masterpiece Arms MPA Defender, 9mm pistol in a backpack on the rear passenger side floorboard; (ii) one Glock 43X, 9mm pistol located in a fanny pack on the rear passenger side floorboard; (iii) one American Tactical Imports "Omni," multi-caliber lower with one assembled 5.56 caliber upper receiver located in a luggage bag on the rear passenger side seat; (iv) forty 9mm rounds of ammunition; (v) three .410 caliber rounds of ammunition; and (vi)

[1] The translator noted that GUANIPA-CHRINOS was responsive to questioning and understood the nature of the questions.

twenty-nine .223 caliber Remington rounds of ammunition. GUANIPA-CHRINOS was then placed under arrest.




***Figure 1: items found in the Ford F-150***

United States Immigration and Customs Enforcement personnel confirmed that GUANIPA-CHRINOS is assigned alien # ending 505, and that at the time of his arrest for the instant offenses, he was an illegal alien. Specifically, in March of 2024, the United States Customs and Border Protection detained GUANIPA-CHRINOS near the El Paso, Texas border. It was subsequently determined that GUANIPA-CHRINOS entered the United States illegally, on foot, from Mexico, and that he did not have proper authorization or documentation to enter the country. At that time, GUANIPA-CHRINOS also admitted to illegally crossing the international boundary without being inspected by an immigration officer at a designated Port of Entry. On the offense date of November 5, 2026, GUANIPA-CHRINOS still did not have permission or legal authority to be in the United States.

On November 7, 2026, law enforcement spoke with H.P., the owner of the Ford F-150. During this conversation, H.P. stated: (i) GUANIPA-CHRINOS previously worked for him; (ii) GUANIPA-CHRINOS was ultimately fired on October 31, 2026 (iii) GUANIPA-CHRINOS stole H.P.'s Ford F-150 from H.P.'s home in [redacted]; (iv) GUANIPA-CHRINOS told H.P. he went to Washington, D.C., for "his papers" i.e., so GUANIPA-CHRINOS could obtain legal status to be in the United States; and (v) H.P. told GUANIPA-CHRINOS that GUANIPA-CHRINOS did not have permission to have the vehicle, and that GUANIPA-CHRINOS needed to return it to H.P.

Finally, there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

Based on the facts contained in this affidavit, there is probable cause to believe that GUANIPA-CHRINOS: (i) unlawfully possessed firearms and ammunition as an alien illegally and unlawfully in the United States, in violation of 18 U.S.C. § 922(g)(5); (ii) unlawfully possessed a stolen vehicle, in violation of 18 U.S.C. § 2313: (iii) made threats against the President of the United States, in violation of 18 U.S.C. § 871; and (iv) made threats to injure a person, in violation of D.C. Code § 22-1810.

Respectfully submitted,

LMANGULO Digitally signed by LMANGULO Date: 2026.11.07 16:26:39 -05'00'

Luis Mena Angulo, Badge # 7225
Special Agent
United States Secret Service

*Judge's signature*

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

Subscribed and sworn by telephone pursuant to Federal Rule of Criminal Procedure 4.1 on November 8th, 2026.